# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-6802, 26-7024

**Case Name** Impossible Foods Inc. v. Impossible X, LLC, et al.

**Counsel submitting this form** Adam S. Cashman

**Represented party/parties** Impossible X, LLC

*Briefly describe the dispute that gave rise to this lawsuit.*

This dispute arose from Impossible Foods Inc.'s ("Impossible Foods") knowing adoption and use of the IMPOSSIBLE trademark for apparel and recipes despite Impossible X, LLC's ("Impossible LLC") senior trademark rights. Beginning in 2010, Impossible LLC built its IMPOSSIBLE brand across apparel, fitness, nutrition, and recipes, securing its first federal trademark registration in 2012. In 2013, Maraxi, Inc. re-branded as Impossible Foods despite a comprehensive trademark search identifying multiple Impossible LLC trademarks and websites. After its executives discussed Impossible LLC's website as inspiration for the company's initial marketing efforts, Impossible Foods adopted a nearly identical stylized mark and used it on apparel and recipes—categories where it knew that Impossible LLC held senior rights. When Impossible LLC sought an amicable coexistence arrangement and subsequently opposed Impossible Foods's trademark application, Impossible Foods responded by filing this lawsuit.

*Briefly describe the result below and the main issues on appeal.*

The jury found that Impossible Foods willfully infringed Impossible LLC's trademarks and acted with oppression, fraud, or malice, awarding Impossible LLC $1.5 million in compensatory damages and $1.75 million in punitive damages. The district court upheld the compensatory damages verdict and permanently enjoined Impossible Foods from infringing uses of the IMPOSSIBLE mark on apparel, cookbooks, and recipes, but vacated the punitive damages award. Through this cross-appeal, Impossible LLC challenges the vacatur of the $1.75 million punitive damages award and the scope of the permanent injunction as being insufficiently broad to prevent the full scope of Impossible Foods's infringing conduct.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court determined that this is an "exceptional case" under the Lanham Act and that Impossible LLC is entitled to recover reasonable attorneys' fees and expenses. Impossible LLC has requested attorneys' fees and litigation expenses, totaling $9,545,607.57, plus post-judgment interest. Briefing on the fee motion is complete, and the amount of the award is the only substantive issue remaining before the district court.

Related proceedings before the Trademark Trial and Appeal Board include Impossible LLC's opposition to Impossible Foods's trademark application (Opposition No. 91266170) and Impossible Foods's petition to cancel Impossible LLC's trademark registrations (Cancellation No. 92088839). These proceedings have been consolidated and suspended pending final resolution of the federal litigation.

**Signature** /s/ Adam S. Cashman **Date** 10/27/2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*